UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Bendal Holt

                              Plaintiff,

        -against-

Broadway Hi-Tronics, Inc. individually an
d/b/a Hi-Tronics Camera & Electronics
                            Defendant.
-------------------------------------------------------------X

**NOTICE OF APPEARANCE**
**INDEX # 110-CV-9437**

      This is to notify the Court that I, Sally S. Attia, Esq., have been retained to represent the Defendant Broadway Hi-Tronics, Inc., in the aforementioned case.

Dated: February 10, 2012

                                        by: Alex Cherednichenko
                                  for: Sally S. Attia
                                    Attorney at Law
                                    125-10 Queens Blvd., Suite 9
                                    Kew Gardens, NY  11415
                                    (718) 725-7347

CC: Brian Arce,
      Attorney for the Plaintiff